1  DOUGLAS W. STERN (BAR NO. 82973)
**FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street
   Forty-First Floor
3  Los Angeles, CA 90071
   Telephone: (213) 892-9200
4  Facsimile: (213) 892-9494
   dstern@fulbright.com
5
   Attorneys for Cirrus Exploratory Sites, L.P.
6

7

                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  CIRRUS EXPLORATORY SITES, L.P., a  )  Civil Action No. CV 07 6459 PJH
    Texas limited partnership,          )
12                                      )
                    Plaintiff,          )  PLAINTIFF CIRRUS
13                                      )  EXPLORATORY SITES, L.P.'S
            v.                          )  CERTIFICATION OF
14                                      )  INTERESTED ENTITIES OR
    FIRST AMERICAN CORPORATION, a       )  PERSONS
15  California corporation, dba FIRST   )
    AMERICAN TITLE INSURANCE            )  [LOCAL RULE 3-16]
16  COMPANY; HORTON-SHIPNUCK            )
    LIVING TRUST under agreement dated  )
17  July 18, 2000, a California trust, DAVID )
    E. SHIPNUCK, trustee, of the HORTON- )
18  SHIPNUCK LIVING TRUST; LESLIE K.    )
    SHIPNUCK, an individual; and Does 1 )
19  through 25, inclusive,              )
                                        )
20                  Defendants.         )
                                        )
21

22          Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

23  persons, associations of persons, firms, partnerships, corporations (including parent

24  corporations) or other entities (i) have a financial interest in the subject matter in

25  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

26  subject matter or in a party that could be substantially affected by the outcome of this

27  proceeding:

28

70171922.1                          - 1 -

PLAINTIFF CIRRUS EXPLORATORY SITES, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1.  Donald C. Wilson;

2.  William C. Hutchison, Jr.;

3.  Jason K. Dodd;

4.  Mark Timothy Paris; and

5.  John T. Thomas.

Dated: December 20, 2007

DOUGLAS W. STERN
**FULBRIGHT & JAWORSKI L.L.P.**

By _____
DOUGLAS W. STERN
Attorneys for Plaintiff Cirrus Exploratory Sites, L.P.