1  DOUGLAS W. STERN (BAR NO. 82973)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street
   Forty-First Floor
3  Los Angeles, CA 90071
   Telephone: (213) 892-9200
4  Facsimile: (213) 892-9494
   dstern@fulbright.com
5
   Attorneys for Cirrus Exploratory Sites, L.P.
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | CIRRUS EXPLORATORY SITES, L.P., a ) | Civil Action No. CV 07-6459 PJH
   | Texas limited partnership,        )
12 |                                   )
   |              Plaintiff,           ) | **PROOF OF SERVICE RE**
13 |                                   ) | **SUMMONS AND COMPLAINT**
   |      v.                           )
14 |                                   )
   | FIRST AMERICAN CORPORATION, a     )
15 | California corporation, dba FIRST  )
   | AMERICAN TITLE INSURANCE          )
16 | COMPANY; HORTON-SHIPNUCK          )
   | LIVING TRUST under agreement dated )
17 | July 18, 2000, a California trust, DAVID )
   | E. SHIPNUCK, trustee, of the HORTON- )
18 | SHIPNUCK LIVING TRUST; LESLIE K.  )
   | SHIPNUCK, an individual; and Does 1 )
19 | through 25, inclusive,             )
   |                                   )
20 |              Defendants.          )
   |                                   )
21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

65130261.1                        - 1 -

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| DOUGLAS W. STERN, Bar #82973<br>FULBRIGHT & JAWORSKI L.L.P.<br>555 SOUTH FLOWER STREET<br>41ST FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: 213-892-9200    FAX No: 213-892-9494 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CIRRUS EXPLORATORY SITES, L.P., ETC.
*Defendant:* FIRST AMERICAN CORPORATION, ETC., ET AL.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV076459 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES ; DROP BOX FILING PROCEDURES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS

3. a. Party served:  DAVID E. SHIPNUCK, TRUSTEE, OF THE HORTON-SHIPNUCK LIVING TRUST
   b. Person served:  PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  82 MELWAY CIRCLE
   MONTEREY, CA 93940

5. I served the party:
   b. **by substituted service.** On: Fri., Jan. 11, 2008 at: 6:43PM by leaving the copies with or in the presence of:
   MRS. SHIPNUCK, WIFE.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAZELLE RIVERA
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    57
      (iii) County:    Monterey

**First Legal Support Services** SM
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, Jan. 16, 2008

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (JAZELLE RIVERA)<br>*3992786.doust.107637* |
|---|---|---|

| Attorney or Party without Attorney: DOUGLAS W. STERN, Bar #82973 FULBRIGHT & JAWORSKI L.L.P. 555 SOUTH FLOWER STREET 41ST FLOOR LOS ANGELES, CA 90071 Telephone No: 213-892-9200    FAX No: 213-892-9494 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: CIRRUS EXPLORATORY SITES, L.P., ETC.
Defendant: FIRST AMERICAN CORPORATION, ETC., ET AL.

| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: CV076459 PJH |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES ; DROP BOX FILING PROCEDURES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:          Wed., Jan. 16, 2008
    b. Place of Mailing:         LOS ANGELES, CA 90026
    c. Addressed as follows:     DAVID E. SHIPNUCK, TRUSTEE, OF THE HORTON-SHIPNUCK LIVING TRUST
                                 82 MELWAY CIRCLE
                                 MONTEREY, CA 93940

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jan. 16, 2008 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Thomas Tilcock                                             d. *The Fee for Service was:*
    b. FIRST LEGAL SUPPORT SERVICES                               e. I am: Not a Registered California Process Server
       1511 W. BEVERLY BLVD
       LOS ANGELES, CA 90026
    c. 213-250-9111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date: Wed, Jan. 16, 2008

                                                                                          *(Thomas Tilcock)*

    Judicial Council Form                           PROOF OF SERVICE
    Rule 982.9.(a)&(b) Rev January 1, 2007              By Mail                                      *3992786.doust.107637*

| Attorney or Party without Attorney: DOUGLAS W. STERN, Bar #82973 FULBRIGHT & JAWORSKI L.L.P. 555 SOUTH FLOWER STREET 41ST FLOOR LOS ANGELES, CA 90071 Telephone No: 213-892-9200   FAX No: 213-892-9494 | | | Ref. No or File No.: | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: CIRRUS EXPLORATORY SITES, L.P., ETC. | | | | |
| Defendant: FIRST AMERICAN CORPORATION, ETC., ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: CV076459 PJH |

1. I, JAZELLE RIVERA, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DAVID E. SHIPNUCK, TRUSTEE, OF THE HORTON-SHIPNUCK LIVING TRUST as follows:

2. Documents: Summons In A Civil Case; Complaint; Civil Cover Sheet; Ecf Registration Information Handout ; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction ; Order Setting Initial Case Management Conference And Adr Deadlines ; Drop Box Filing Procedures; Contents Of Joint Case Management Statement; Order Requiring Joint Case Management Statement And Appearance At Case Management Conference; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 01/06/08 | 4:26pm | Business | THE SUBJECT IS NOT IN PER FEMALE, HE IS OUT OF THE COUNTRY FOR 3 WEEKS. Attempt made by: JAZELLE RIVERA. Attempt at: 82 MELWAY CIRCLE MONTEREY CA 93940. |
| Tue | 01/08/08 | 6:56pm | Business | NO ANSWER AT THE DOOR. Attempt made by: JAZELLE RIVERA. Attempt at: 82 MELWAY CIRCLE MONTEREY CA 93940. |
| Fri | 01/11/08 | 6:43pm | Business | Substituted Service on: DAVID E. SHIPNUCK, TRUSTEE, OF THE HORTON-SHIPNUCK LIVING TRUST Business - 82 MELWAY CIRCLE MONTEREY, CA. 93940 by Serving: PARTY IN ITEM 3A. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: MRS. SHIPNUCK, WIFE.. Served by: JAZELLE RIVERA |
| Wed | 01/16/08 | | | Mailed copy of Documents to: DAVID E. SHIPNUCK, TRUSTEE, OF THE HORTON-SHIPNUCK LIVING TRUST |

3. Person Executing
   a. JAZELLE RIVERA
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 57
      (iii) County: Monterey

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jan. 16, 2008        **AFFIDAVIT OF REASONABLE DILIGENCE**        (JAZELLE RIVERA)

| Attorney or Party without Attorney:<br>DOUGLAS W. STERN, Bar #82973<br>FULBRIGHT & JAWORSKI L.L.P.<br>555 SOUTH FLOWER STREET<br>41ST FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: 213-892-9200    FAX No: 213-892-9494 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: CIRRUS EXPLORATORY SITES, L.P., ETC.
Defendant: FIRST AMERICAN CORPORATION, ETC., ET AL.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV076459 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES ; PLAINTIFF CIRRUS EXPLORATORY SITES, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

3. a. Party served:                    LESLIE K. SHIPNUCK, AN INDIVIDUAL
   b. Person served:                   PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  2071 EMERSON STREET
                                        BERKELEY, CA 94703

5. I served the party:
   b. **by substituted service.** On: Wed., Jan. 09, 2008 at: 12:55PM by leaving the copies with or in the presence of:
      "JANE DOE" TENANT. DESCRIPTION; WHITE FEMALE, 5'7", 145 LBS, BLACK HAIR, BROWN EYES, IN HER FORTYS.
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                d. *The Fee for Service was:*
                                       e. I am: (3) registered California process server
                                          (i)   Employee
   First Legal Support Services sm          (ii)  Registration No.:    2005-0000968-00
   ATTORNEY SERVICES                        (iii) County:              San Francisco
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Jan. 10, 2008

                                                              (RAIMUNDO CARVALHO)

| Judicial Council Form | PROOF OF SERVICE | |
| Rule 982.9.(a)&(b) Rev January 1, 2007 | SUMMONS IN A CIVIL CASE | 3987330.doust.105748 |

| *Attorney or Party without Attorney:* <br> DOUGLAS W. STERN, Bar #82973 <br> FULBRIGHT & JAWORSKI L.L.P. <br> 555 SOUTH FLOWER STREET <br> 41ST FLOOR <br> LOS ANGELES, CA 90071 <br> *Telephone No:* 213-892-9200  *FAX No:* 213-892-9494 | For Court Use Only |
|---|---|
| *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* CIRRUS EXPLORATORY SITES, L.P., ETC.
*Defendant:* FIRST AMERICAN CORPORATION, ETC., ET AL.

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV076459 PJH |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION ; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES ; PLAINTIFF CIRRUS EXPLORATORY SITES, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Thu., Jan. 10, 2008
   b. Place of Mailing:      LOS ANGELES, CA 90026
   c. Addressed as follows:  LESLIE K. SHIPNUCK, AN INDIVIDUAL
                             2071 EMERSON STREET
                             BERKELEY, CA 94703

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 10, 2008 in the ordinary course of business.

5. *Person Serving:*                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                                         d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                           e. I am: Not a Registered California Process Server
      1511 W. BEVERLY BLVD
      LOS ANGELES, CA 90026
   c. 213-250-9111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Jan. 10, 2008

                                                                                    (Thomas Tilcock)

| Attorney or Party without Attorney: <br> DOUGLAS W. STERN, Bar #82973 <br> FULBRIGHT & JAWORSKI L.L.P. <br> 555 SOUTH FLOWER STREET <br> 41ST FLOOR <br> LOS ANGELES, CA 90071 <br> Telephone No: 213-892-9200   FAX No: 213-892-9494 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: CIRRUS EXPLORATORY SITES, L.P., ETC. | | | | |
| Defendant: FIRST AMERICAN CORPORATION, ETC., ET AL. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV076459 PJH |

1. I, RAIMUNDO CARVALHO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LESLIE K. SHIPNUCK, AN INDIVIDUAL as follows:

2. Documents: Summons In A Civil Case; Complaint; Civil Cover Sheet; Ecf Registration Information Handout ; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction ; Order Setting Initial Case Management Conference And Adr Deadlines ; Plaintiff Cirrus Exploratory Sites, L.P.'s Certification Of Interested Entities Or Persons.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 01/05/08 | 10:00am | Home | THIS IS A RESIDENCE ADDRESS, NO CARS AROUND, ALL THE BLINDS ARE CLOSED, IT'S DARK INSIDE. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2071 EMERSON STREET  BERKELEY CA 94703. |
| Sun | 01/06/08 | 4:15pm | Home | NO ANSWER AGAIN, EVERYTHING IS THE SAME. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2071 EMERSON STREET BERKELEY CA 94703. |
| Mon | 01/07/08 | 8:55am | Home | NO ANSWER AGAIN, EVERYTHING IS THE SAME. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2071 EMERSON STREET BERKELEY CA 94703. |
| Tue | 01/08/08 | 9:00pm | Home | NO ANSWER STILL UNABLE TO VERIFY THE ADDRESS. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2071 EMERSON STREET BERKELEY CA 94703. |
| Wed | 01/09/08 | 12:55pm | Home | Substituted Service on: LESLIE K. SHIPNUCK, AN INDIVIDUAL Home - 2071 EMERSON STREET BERKELEY, CA. 94703 by Serving: PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4. Competent Member of the Household over 18  by leaving a copy of the document(s) with: "JANE DOE" TENANT. DESCRIPTION; WHITE FEMALE, 5'7", 145 LBS, BLACK HAIR, BROWN EYES, IN HER FORTYS.. Served by: RAIMUNDO CARVALHO |
| Thu | 01/10/08 | | | Mailed copy of Documents to: LESLIE K. SHIPNUCK, AN INDIVIDUAL |

3. Person Executing
   a. RAIMUNDO CARVALHO
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD ST
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:  2005-0000968-00
      (iii) County:  San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

✝ Date: Thu, Jan. 10, 2008      **AFFIDAVIT OF REASONABLE DILIGENCE**      (RAIMUNDO CARVALHO)