1  John A. Kelly, Esq. (SBN 225961)
   The Law Offices of John A. Kelly
2  922 1st St W
   Sonoma, CA, 95476
3  (707) 935-6100
   (707) 581-7470
4  JOHN@LAW-KELLY.COM

Attorney for Leslie Shipnuck and David Shipnuck.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRRUS EXPLORATORY SITES, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN CORPORATION, a California Corporation, dba FIRST AMERICAN TITLE INSURANCE COMPANY; HORTON-SHIPNUCK LIVING TRUST under agreement dated July 18, 2000, a California trust, DAVID E. SHIPNUCK, trustee, of the HORTON-SHIPNUCK LIVING TRUST; LESLIE K. SHIPNUCK, an individual; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No.: 3:07-cv-6459<br><br>**CASE MANAGEMENT STATEMENT.**<br><br>Judge Phyllis J. Hamilton<br><br>Complaint Filed: 12/26/2007 |

I.

JURISDICTION AND SERVICE

Due to the willingness of Defendants Leslie Shipnuck and David Shipnuck to settle this matter, Jurisdiction and Service are unlikely to present any issues for consideration by the court. Defendants Leslie Shipnuck and David Shipnuck have delivered facsimile copies of the signed settlement agreement in this matter to Plaintiff.

II.

FACTS

The Law Offices of John A. Kelly, Esq. 922 1st St W Sonoma CA 95476 (707) 935-6100.

Page 1

CASE MANAGEMENT STATEMENT.                    Cirrus v. First American et al.

1     N/A.

2

### III.
### LEGAL ISSUES

4     N/A

### IV.
### MOTIONS

7     N/A

### V.
### AMENDMENT OF PLEADINGS

10     N/A

### VI.
### EVIDENCE PRESERVATION

13     N/A

### VII.
### DISCLOSURES

16     N/A

### VIII.
### DISCOVERY

19     N/A

### IX.
### CLASS ACTIONS

22     N/A

### X.
### RELATED CASES

25     N/A

### XI.
### RELIEF

28     N/A

The Law Offices of
John A. Kelly, Esq.
922 1st St W
Sonoma CA 95476
(707) 935-6100.

Page 2
CASE MANAGEMENT STATEMENT.         Cirrus v. First American et al.

XII.

SETTLEMENT AND ADR

As previously stated, Defendants Leslie Shipnuck and David Shipnuck have delivered facsimile copies of the signed settlement agreement in this matter to Plaintiff. Notwithstanding the foregoing, Plaintiff appears to believe some benefit will be derived by a case management conference in this matter.

XIII.

CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

N/A

XIV.

OTHER REFERENCES

N/A

XV.

NARROWING OF ISSUES

N/A

XVI.

EXPEDITED SCHEDULE

N/A

DATED: Monday, March 31, 2008

_____/S/_____
John A. Kelly, Esq.
Attorney for Leslie Shipnuck and David Shipnuck.

The Law Offices of
John A. Kelly, Esq.
922 1st St W
Sonoma CA 95476
(707) 935-6100.

Page 3
CASE MANAGEMENT STATEMENT.                    Cirrus v. First American et al.