**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** April 3, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6459 PJH

**Case Name:** Cirrus Exploratory Sites v. First American Corporation, et al.

**Attorney(s) for Plaintiff:**        Martin Pitha
**Attorney(s) for Defendant:**    John A. Kelly; Benjamin Ehrhart (First American)

**Deputy Clerk:** Nichole Heuerman            **Court Reporter:** Not Reported

**PROCEEDINGS**

   Initial Case Management Conference-Held.  The parties are close to reaching a settlement.  The court continues the matter 30 days to allow the parties to finalize settlement.  A further case management conference is set for May 8, 2008 at 2:30 p.m.  The conference will be vacated upon the filing of a stipulated dismissal.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file