1  DOUGLAS W. STERN (BAR NO. 82973)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street
   Forty-First Floor
3  Los Angeles, CA  90071
   Telephone:  (213) 892-9200
4  Facsimile:  (213) 892-9494
   dstern@fulbright.com
5
   Attorneys for Cirrus Exploratory Sites, L.P.
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CIRRUS EXPLORATORY SITES, L.P., a         )    Civil Action No.  3:07-cv-6459
    Texas limited partnership,                )
12                                            )
                    Plaintiff,                )    **REQUEST FOR DISMISSAL**
13                                            )
            v.                                )    **[FRCP 41]**
14                                            )
    FIRST AMERICAN CORPORATION, a             )
15  California corporation, dba FIRST         )
    AMERICAN TITLE INSURANCE                  )
16  COMPANY; HORTON-SHIPNUCK                   )
    LIVING TRUST under agreement dated        )
17  July 18, 2000, a California trust, DAVID   )
    E. SHIPNUCK, trustee, of the HORTON-      )
18  SHIPNUCK LIVING TRUST; LESLIE K.          )
    SHIPNUCK, an individual; and Does 1       )
19  through 25, inclusive,                    )
                                              )
20                  Defendants.               )
                                              )
21  _____  )

22

23

24

25

26

27

28

1    Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Cirrus Exploratory Sites, L.P.,

2    hereby requests that this action be dismissed.

3

4    Dated:  April 29, 2008

5                                              By _____

6                                                  DOUGLAS W. STERN
                                                   Attorneys for Plaintiff Cirrus Exploratory
7                                                  Sites, L.P.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Martha Delgado, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On April 29, 2008, I served a copy of the within document(s):

**REQUEST FOR DISMISSAL**
**[FRCP 41]**

       by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

       by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m.

| | |
|---|---|
| John A. Kelly, Esq.<br>The Law Offices of John A. Kelly<br>414 First Street East, Suite 7<br>Sonoma, CA 95476 | Benjamin R. Ehrhart, Esq.<br>Steyer Lowenthal Boodrookas Alvarez<br>   & Smith LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2008, at Los Angeles, California.

_____
Martha Delgado

DOCUMENT PREPARED
ON RECYCLED PAPER