UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIRRUS EXPLORATORY SITES, L.P.,

        Plaintiff(s),                              No. C 07-6459 PJH

    v.                                        **ORDER OF DISMISSAL**

FIRST AMERICAN CORP., et al.,

        Defendant(s).

_____/

    Plaintiff having requested a dismissal of this action, and three of the four defendants having answered the complaint, the court hereby ORDERS this case is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: May 1, 2008

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge